UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE O'KEEFE,                      *
                                    *
            Petitioner,             *
                                    *
    v.                              *        Criminal No. 06-10078-JLT
                                    *
UNITED STATES OF AMERICA,           *
                                    *
            Respondent.             *
                                    *

ORDER

January 25, 2012

TAURO, J.

        This court ACCEPTS and ADOPTS the October 13, 2011 Report and Recommendation

on Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [#88] of Chief

Magistrate Judge Dein.  For the reasons set forth in the Report and Recommendation, this court

hereby orders that Defendant's Motion to Vacate. Set Aside, or Correct Sentence Pursuant to 28

U.S.C. § 2255 [#53] as amended by Addendum to Petetioner's 28 U.S.C. § 2255 Pursuant to 18

U.S.S.C. § 5g1.3 Appx. is DENIED without an evidentiary hearing.


IT IS SO ORDERED.


                                            _____/s/ Joseph L. Tauro_____
                                            United States District Judge